Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T   +1 212.872.1000
F   +1 212.872.1002
akingump.com



**James Benjamin**
+1 212.872.8091
jbenjamin@akingump.com

> The request is granted.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: June 24, 2026
> New York, New York

**MEMO ENDORSED** June 23, 2026

VIA ELECTRONIC COURT FILING

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re:    *United States v. Ting-Wei Sun,* 26 Cr. 100 (ER)

Dear Judge Ramos:

We write on behalf of our client, Ting-Wei Sun, to respectfully request court approval for our client to leave his residence, as specified below, to meet with his counsel. The government has informed us that it consents to this request.

On May 20, 2026, Mr. Sun was released on bail subject to conditions including, inter alia, home incarceration with electronic monitoring. Mr. Sun is residing in a rental property located at 66-06 251st Street, Flushing, NY 11362. We respectfully request court approval for our client to leave his residence as specified below:

1.  Friday, June 26: meeting with defense counsel at our law firm's offices at One Bryant Park from 10:00 a.m. to 3:00 p.m., with one hour of travel time on either end.

2.  Wednesday, July 1: meeting with defense counsel at our law firm's offices at One Bryant Park from 10:00 a.m. to 3:00 p.m., with one hour of travel time on either end.

3.  Tuesday, July 7: meeting with defense counsel at our law firm's offices at One Bryant Park from 10:00 a.m. to 3:00 p.m., with one hour of travel time on either end.

As noted above, the government has informed us that it consents to this request. Should the Court approve this request, we will inform our client's supervising Pretrial Services Officer and will coordinate with her regarding any further logistics.

We are grateful for the Court's consideration of this request.



June 23, 2026
Page 2

Respectfully submitted,

*/s/ James J. Benjamin, Jr.*

James J. Benjamin, Jr.
Akin Gump Strauss Hauer & Feld LLP

Counsel for Ting-Wei Sun

cc:    AUSAs Juliana Murray, David Robles, and Kevin Sullivan
       Pretrial Services Officer Jazzlyn Harris