UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TING-WEI "Willy" SUN,<br><br>Defendant. | ~~[PROPOSED]~~ **ORDER**<br><br>S1 26 Cr. 100 (ER) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, James M. McDonald, by Assistant United States Attorney Juliana N. Murray;

It is found that the transcript of the September 8, 2026 guilty plea proceeding for the above-captioned defendant (Ting-Wei "Willy" Sun), the Superseding Information S1 26 Cr. 100 (ER), the waiver of indictment, and the plea agreement are currently sealed and the United States Attorney's Office has applied to have those materials unsealed and docketed, it is therefore

ORDERED that the waiver of indictment, Superseding Information, plea transcript, and plea agreement in the above-captioned action be unsealed, and, upon unsealing, shall be filed on the public docket.

Dated: New York, New York
October 6, 2026

THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE