UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TING-WEI "Willy" SUN,

Defendant.

**SEALED**
**SUPERSEDING INFORMATION**

S1 26 Cr. 100 (ER)

**COUNT ONE**
**(Conspiracy to Violate the Export Control Reform Act)**

The United States Attorney charges:

1. From at least in or about October 2023, up to and including at least on or about March 19, 2026, in the Southern District of New York, China, Taiwan, and elsewhere, TING-WEI "Willy" SUN, the defendant, and others known and unknown, knowingly and willfully combined, conspired, confederated, and agreed together and with each other to violate, and to cause a violation of, licenses, orders, regulations, and prohibitions issued under the Export Control Reform Act.

2. It was a part and an object of the conspiracy that TING-WEI "Willy" SUN, the defendant, and others known and unknown, would and did export and cause to be exported from the United States to China items controlled under Subchapter I of the Export Control Reform Act, to wit, electronics components on the Commerce Control List set forth in Title 15, Code of Federal Regulations, Part 774, Supplement Number 1, without having first obtained a license for such export from the U.S. Department of Commerce, in violation of Title 50, United States Code,

Sections 4819(a) and 4819(b) and Title 15, Code of Federal Regulations, Sections 736.2, 742.6, and 764.2.

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a. Beginning in or about October 2023 TING-WEI "Willy" SUN, the defendant, worked with others known and unknown to divert servers from a U.S.-based manufacturer that designs and builds high-performance computer servers for artificial intelligence and cloud computing applications (the "U.S. Manufacturer") to China, many of which were assembled in the United States.

(Title 50, United States Code, Sections 4819(a) and 4819(b); and Title 15, Code of Federal Regulations, Sections 736.2, 742.6, and 764.2.)

**COUNT TWO**
**(Conspiracy to Smuggle Goods from the United States)**

The United States Attorney further charges:

4. From at least in or about October 2023, up to and including at least on or about March 19, 2026, in the Southern District of New York, China, Taiwan, and elsewhere, TING-WEI "Willy" SUN, the defendant, and others known and unknown, knowingly and willfully combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, smuggling goods from the United States in violation of Title 18, United States Code, Section 554.

5. It was a part and an object of the conspiracy that TING-WEI "Willy" SUN, the defendant, and others known and unknown, would and did fraudulently and knowingly export and send from the United States, attempt to export and send from the United States, and cause to be exported and sent from the United States, merchandise, articles, and objects, to wit, items

controlled under Subchapter I of the Export Control Reform Act, namely, electronics components on the Commerce Control List set forth in Title 15, Code of Federal Regulations, Part 774, Supplement Number 1, contrary to laws and regulations of the United States, to wit, the Export Control Reform Act and associated regulations, Title 50, United States Code, Sections 4819(a) and 4819(b), and Title 15, Code of Federal Regulations, Sections 736.2, 742.6, and 764.2, and fraudulently and knowingly receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise, articles, and objects, prior to exportation, knowing the same to be intended for exportation contrary to such laws and regulations of the United States.

6. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. Beginning in or about 2024, SUN and others known and unknown used a particular company ("Company-1") based in Southeast Asia as a pass-through entity to give the U.S. Manufacturer's transactions that they arranged the appearance of legitimate commercial activity and to obscure their China-based end customers.

b. Between in or about July 2025 and August 2025, SUN worked with others to acquire and stage "dummy" servers—non-functioning replicas of real servers—at warehouses rented by Company-1 for the purpose of passing an August 2025 audit conducted by the U.S.

Manufacturer of servers it had sold to Company-1 and which were purportedly located in Company-1's warehouses—but which had, at the time of the audit, already been diverted to China.

(Title 18, United States Code, Section 371.)

**COUNT THREE**
**(Conspiracy to Defraud the United States)**

The United States Attorney further charges:

7. From at least in or about October 2023, up to and including at least on or about March 19, 2026, in the Southern District of New York, China, Taiwan, and elsewhere, TING-WEI "Willy" SUN, the defendant, and others known and unknown, knowingly and willfully combined, conspired, confederated, and agreed together and with each other to defraud the United States and agencies thereof, by impairing, impeding, obstructing, and defeating, through deceitful and dishonest means, the lawful functions of the U.S. Department of Commerce, an agency of the United States, in the enforcement and issuance of licenses relating to the export of goods.

8. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a. In or around December 2025, TING-WEI "Willy" SUN, the defendant, worked with others to stage additional servers with the U.S. Manufacturer's labeling at a Company-1 warehouse and made misrepresentations to an officer of the U.S. Department of Commerce to attempt to pass a post-shipment verification inspection at Company-1 of servers that were purportedly at Company-1's warehouse but which had, at the time of the post-shipment verification, already been diverted to China.

(Title 18, United States Code, Section 371.)

**COUNT FOUR**
**(Obstruction of Justice)**

The United States Attorney further charges:

9. On or about March 19, 2026, in the Central District of California, TING-WEI "Willy" SUN, the defendant, knowingly altered, destroyed, mutilated, concealed, covered up, falsified, and made a false entry in a record, document, and tangible object with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department and agency of the United States, and in relation to and in contemplation of such a matter, to wit, SUN deleted an encrypted messaging application and its contents from his cellphone, with the intent to impede, obstruct, and influence an investigation by the United States Attorney's Office for the Southern District of New York.

(Title 18, United States Code, Section 1519.)

**FORFEITURE ALLEGATIONS**

10. As a result of committing the ECRA offenses alleged in Counts One and Two of this Information, TING-WEI "Willy" SUN, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in Counts One and Two of this Information, including but not limited to a sum of money representing the amount of proceeds obtained as a result of the offenses.

**Substitute Assets Provision**

11. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

James M. McDonald
JAMES M. MCDONALD
United States Attorney