Gt. Ex. #1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TING-WEI "Willy" SUN,

Defendant.

**WAIVER OF INDICTMENT**

S1 26 Cr. 100 (ER)

The above-named defendant, who is accused of violating Title 50, United States Code, Sections 4819(a) and 4819(b); Title 15, Code of Federal Regulations, Sections 736.2, 742.6, and 764.2; and Title 18, United States Code, Sections 371, 554, 1519, and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Ting-Wei "Willy" Sun
Defendant

Witness

James J. Benjamin, Jr.
Attorney for Defendant

Dated: New York, New York
September 8, 2026